PROB 12C
(7/93)

Report Date: April 15, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro F. Baltazar        Case Number: 2:10CR02015-001

Address of Offender:                       Sunnyside, WA 98944

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 9/16/2010

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 46 Months;              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Robert A. Ellis                  Date Supervision Commenced: 4/3/2013

Defense Attorney:     Diane E. Hehir                   Date Supervision Expires: 4/2/2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Pedro Baltazar used methamphetamine on April 4, 5, 7, 8, and 13, 2013.

On April 10, 2013, Mr. Baltazar reported to the U.S. Probation Office following his release from prison and submitted a urinalysis sample which tested presumptive positive for methamphetamine. The defendant admitted to using methamphetamine on April 4, 5, 7, and 8, 2013, and signed an admission form.

On April 15, 2013, the defendant submitted a urinalysis which tested presumptive positive for methamphetamine. Mr. Baltazar admitted using methamphetamine on April 13, 2013, and signed an admission form.

Prob12C
Re: Baltazar, Pedro F.
April 15, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 15, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_James P. Hutton_
Signature of Judicial Officer

4/15/2013
Date