PROB 12C
(7/93)

Report Date: August 19, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro F. Baltazar          Case Number: 2:10CR02015-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 9/16/2010

Original Offense:          Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 46 Months          Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:     Mary Dimke          Date Supervision Commenced: 4/3/2013

Defense Attorney:     Diane E. Hehir          Date Supervision Expires: 4/2/2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: Pedro Baltazar used methamphetamine on August 3, 2013.

On August 5, 2013, the defendant reported for an office visit and submitted a urine sample, which tested presumptive positive for methamphetamine. When questioned about drug use, the defendant admitted to using methamphetamine on August 3, 2013, while with a friend. Mr. Baltazar reviewed and signed an admission form acknowledging the aforementioned.

| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| --- | --- |

Prob12C
**Re: Baltazar, Pedro F.**
**August 19, 2013**
**Page 2**

**Supporting Evidence**: On August 12, 2013, Pedro Baltazar reported for an office visit and submitted a urine sample, which tested presumptive positive for cocaine and methamphetamine. The sample appeared to be diluted.

Mr. Baltazar denied using any adulterants or illegal drugs. On August 16, 2013, the undersigned officer received a drug test report from Alere Toxicology Services, which noted the defendant's urine sample collected on August 12, 2013, was confirmed as diluted.

3       **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On August 14, 2013, Pedro Baltazar reported for an office visit and submitted a urine sample, which tested diluted.

An adulterant test strip was used, which noted the defendant's specific gravity as abnormally low, which is indicative of excess fluid intake. Confirmation test results form Alere Toxicology Services have not yet been received.

4       **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On August 16, 2013, Pedro Baltazar reported for an office visit and submitted a urine sample, which tested presumptive positive for methamphetamine. Confirmation test results form Alere Toxicology Services have not yet been received.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/19/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

Prob12C
**Re:  Baltazar, Pedro F.**
**August 19, 2013**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

8/19/13
_____
Date