PROB 12C
(7/93)

Report Date:  August 6, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 06, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro F. Baltazar                    Case Number: 0980 2:10CR02015-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
STEP Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: September 16, 2010

Original Offense:        Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 46 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Mary Katherine Dimke          Date Supervision Commenced: February 28, 2014

Defense Attorney:        Diane E. Hehir                Date Supervision Expires: July 27, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Pedro Baltazar failed to attend a group treatment session at Merit on July 24, 2014.

On July 24, 2014, the defendant's treatment counselor contacted the U.S. Probation Office and left a message stating the defendant failed to attend a scheduled group treatment session that evening.

| | |
|---|---|
| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

Prob12C
**Re: Baltazar, Pedro F.**
**August 6, 2014**
**Page 2**

       **Supporting Evidence**: Pedro Baltazar reported to Merit on July 28, and 31, 2014, and submitted urinalysis tests, which tested presumptive positive for methamphetamine.

       On July 29, 2014, contact was made with the defendant, at which time he admitted to consuming methamphetamine on July 27, 2014.  He stated he only used methamphetamine one time and had not used since.

3       **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

       **Supporting Evidence**:  Pedro Baltazar failed to report to the U.S. Probation Office on August 4, 2014.

       On August 1, 2014, contact was made with the defendant's mother, at which time a message was left for the defendant to report for an office visit on August 4, 2014.  On August 4, 2014, he failed to report or contact the U.S. Probation Office.

4       **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

       **Supporting Evidence**:  Pedro Baltazar failed to attend the Sobriety Treatment and Education Program (STEP) on August 5, 2014.

       **Supporting Evidence**: On July 29, 2014, the defendant was directed to report for his STEP session on August 5, 2014, at 11 a.m., but he failed to report, as directed.

5       **Standard Condition #2**:  The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

       **Supporting Evidence**:  On August 5, 2014, Pedro Baltazar failed to report to the U.S. Probation Office to submit his monthly supervision report form.

       Upon entering the STEP program, Mr. Baltazar was directed to report to the U.S. Probation Office on the first Tuesday of every month to complete his monthly supervision report form. On August 5, 2014, he failed to report and turn in his monthly report form.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on:   08/06/2014

       s/Jose Vargas

       Jose Vargas
       U.S. Probation Officer

Prob12C

**Re: Baltazar, Pedro F.**
**August 6, 2014**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_Jami P Hutton_____
Signature of Judicial Officer

_8/6/2014_____
Date

